# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

RONNIE LAMONT
MATTHEWS (#828534),

    Plaintiff,

v.

LES BLEIL AND
LISA WALSH,

    Defendants.

_____/

Case No. 21-13017
Hon. Jonathan J.C. Grey
Magistrate Judge Anthony P. Patti

## ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 28)

Pro se plaintiff Ronnie Lamont Matthews filed this 42 U.S.C. § 1983 lawsuit against defendants, alleging that they violated his constitutional rights when they retaliated against him for engaging in protected First Amendment conduct. This matter comes before the Court on Magistrate Judge Anthony P. Patti's Report and Recommendation dated July 19, 2024. (ECF No. 28.) In the Report and Recommendation, Judge Patti recommends that the Court grant defendants' motion for summary judgment (ECF No. 23) and dismiss Matthews' cause of action for failing to show he as engaged in protected conduct. (ECF No. 28.) As evidenced

by the copy of the Report and Recommendation addressed to Matthews being returned to the Court as undeliverable, Matthews has failed to update his address with the Court, as required. (*See* ECF Nos. 6, 29.) No party has filed an objection to the Report and Recommendation.

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure to file any objections waives his or her right to further appeal); *Thomas v. Arn,* 474 U.S. 140, 149 (1985).

For the reasons stated above, **IT IS ORDERED** that the Report and Recommendation dated July 19, 2024 (ECF No. 28) is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that defendants' motion for summary judgment (ECF No. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** that this cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

Dated: August 28, 2024

s/Jonathan J.C. Grey
JONATHAN J.C. GREY
UNITED STATES DISTRICT JUDGE

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on August 28, 2024.

s/ S. Osorio
Sandra Osorio
Case Manager